# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

February 2, 2018

Clerk, U.S. District Court
District of District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210–3002

Re: Kristi Haskins, et al. v. General Electric Company, et al., Case No. 3:17–cv–01960–CAB–BLM

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    John Morrill,
    Clerk of the Court

    By: s/ J. Petersen, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: